IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY WAYNE JONES,

     Petitioner,                    No. 2:12-cv-1138 LKK GGH HC

  vs.

TIM VIRGA , et. al.,

     Respondents.             <u>ORDER</u>

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On October 15, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed October 15, 2012, are adopted in full;

2. Respondent's motion to dismiss (Doc. No. 11) is denied; and

3. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.

DATED: March 29, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT